IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02261-PAB-MJW

GREGORY F. HILL,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend the Scheduling Order to Extend All Case Deadlines 30 Days (docket no. 18) is GRANTED as follows. The discovery cut off is extended to July 6, 2011. The dispositive motion deadline is extended to August 5, 2011. Initial disclosure of experts is extended to May 9, 2011. Rebuttal expert disclosure is extended to June 9, 2011. All depositions including the experts shall be completed by July 6, 2011. The deadline to serve written discovery in the forms of interrogatories, request for production of documents and request for admissions is extended to June 3, 2011. The Final Pretrial Conference remains set on September 6, 2011, at 8:30 a.m.

Date:   May 3, 2011