IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02261-PAB-MJW

GREGORY F. HILL,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Amend the Scheduling Order to Extend the Discovery Deadline 45 Days and Request for Forthwith Determination (docket no. 21) is GRANTED finding good cause shown as follows. The deadline to complete discovery is extended to August 5, 2011. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  June 27, 2011