IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02261-PAB-MJW

GREGORY F. HILL,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Stipulated Motion to Amend the Scheduling Order to Extend the Discovery Deadline to August 20, 2011 (docket no. 24) is GRANTED as follows.  The deadline to complete discovery is extended to August 20, 2011.  The deadline to file dispositive motions is extended to September 1, 2011.  The Final Pretrial Conference remains set on September 6, 2011, at 8:30 a.m.   The parties shall file their proposed Final Pretrial Order with the court on or before September 1, 2011.

Date:  July 15, 2011